CHARLES F. HEFFRON, Respondent, *v.* LACKAWANNA STEEL COMPANY, Appellant.

*Heffron* v. *Lackawanna Steel Co.*, 121 App. Div. 35, affirmed.
(Argued February 16, 1909; decided March 5, 1909.)

APPEAL, by permission, from a judgment, entered July 12, 1907, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed an

order of the court at a Trial Term granting a motion to set aside a verdict in favor of plaintiff and for a new trial, and reinstated said verdict in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Louis L. Babcock* and *Evan Hollister* for appellant.

*Joseph A. Wechter* and *Frederick G. Bagley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.